UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF MARYLAND

IN RE:                                        *
GREY PILGRIM INC.                             BANKRUPTCY NO. 02-16050
                                    *         (CHAPTER 7)
    DEBTOR(s)
                              *     *     *

## REPORT OF DEPOSIT OF UNCLAIMED FUNDS

Pursuant to Federal Rule of Bankruptcy Procedure 3011 and 11 U.S.C. 347, the Trustee herein submits a check payable to U.S. Bankruptcy Court in the amount of $29,754.00 representing unclaimed funds to be deposited by the Clerk of Court into the Treasury of the United States. Said Funds are subject to withdrawal as provided by 28 U.S.C. 2042 and shall not escheat under any state law. The unclaimed funds represent the dividend(s) due and payable to

| Name and Last Known Addresses of Creditors or Other Recipients | Unclaimed Amount |
|---|---|
| Joseph Ramussen<br>1158 Regal Oak Drive<br>Rockville, MD  20852 | $15,650.56 |
| Linda J. McKenzie<br>891 Clopper Road Apt A-1<br>Gaithersburg, MD  20878 | $3,502.22 |
| James P. Weddington<br>13050 Thyme Court<br>Germantown, MD  20874 | $3,125.30 |
| Manufacturer and Dealer Service LLC<br>3000 Lakeside Drive 200 N.<br>Bannockburn, IL  60015 | $55.93 |
| Bechdon Company Inc.<br>c/o John D. Burns<br>6303 Ivy Lane<br>Greenbelt, MD  20770 | $2,230.97 |

| | |
|---|---|
| Kaseman Companies<br>Schrier & Tolin, LLC<br>51 Monroe Street, Suite 1109<br>Rockville, MD  20850 | $252.89 |
| J.A. Grumski Consultant<br>P.O. Box 2024<br>Cranberry Twp, PA  16066 | $807.17 |
| Central Precision, Inc.<br>20823 San Mar Road<br>Boonsboro, MD  21713 | $408.86 |
| Perfection Crane & Hoist, Inc.<br>P.O. Box 95<br>201 DeGraff Avenue<br>Swanville, MN  56382 | $256.29 |
| The Avaint Group<br>An MDTSC Company<br>P.O. Box 33574<br>Chicago, IL  60694 | $155.42 |
| Allstate Technical Service<br>1900 International Park #425<br>Birmingham, AL  35243 | $303.72 |
| Dave Bothell<br>23113 S. Prairie Road E<br>Sumner, WA  98390 | $272.60 |
| JD Machine Corp.<br>7130 Golden Ring Road, Suite 11<br>Baltimore, MD  21221 | $176.23 |
| American Express Business Finance<br>600 Travis Suite 1400<br>Houston, TX  77002 | $20.45 |
| Wilson Sonsini Goodrich & Rosati<br>P.O. Box 60000<br>San Francisco, CA  94160 | $576.11 |

Mid Columbia Engineering Inc.
1305 Mansfield
P.O. Box 1160
Richland, WA  99352                                                                $1,015.63

O'Donahue Software Consulting
901 Dulaney Valley Rd Suite 400
Towson, MD  21204                                                                  $943.65


     /s/ Roger Schlossberg
Roger Schlossberg
18421 Henson Blvd., Suite 201
Hagerstown, MD 21742
Phone (301) 739-8610
Chapter 7 Trustee