**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF MARYLAND**
**at Greenbelt**

In re: Case No.: **02−16050 − LSS** Chapter: **7**

**GreyPilgrim, Incorporated**
Debtor

# DEFICIENCY NOTICE

DOCUMENT: 100 − Motion to Withdraw Unclaimed Funds from Court Registry in the amount of $3502.22 Filed by Linda S. Mckenzie . (Johnson, Jean) Additional attachment(s) added on 2/6/2017 (Johnson, Jean).

PROBLEM: **The following items are deficient for the above pleading, and must be cured by 2/21/17.**

CURE:
1. Must provide copy of non−redacted drivers license for Linda McKenzie.
2. Must provide copy of non−redacted drivers license for Alfred Melone.
3. Address on drivers license does not match address on Certificate of Service. Must provide proof of address.
4. W−9's must be provided for Linda McKenzie and also Alfred Melone.

CONSEQUENCE: Failure to cure the problem(s) by the date above may result in the pleading being stricken or other action the Court deems appropriate without further notice. For a proposed order, the failure to cure the problem(s) may result in the relief sought being denied for want of prosecution.

**Additional information on filing requirements: http://www.mdb.uscourts.gov/content/filing−requirements.**
**Additional information for non−attorney filers: http://www.mdb.uscourts.gov/content/after−filing.**

Dated: 2/6/17

Mark A. Neal, Clerk of Court
by Deputy Clerk, Jean Johnson
410−962−4221

cc: Debtor(s)
Attorney(s) for Debtor(s) − Alan M. Grochal

defntc (rev. 12/12/2016)